UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALTER JOSEPH BECKMAN,

    Plaintiff,

v.
                                  Civil Action No. 3:18-cv-02122-MCR-MJF

OKALOOSA COUNTY,

    Defendant.
_____/

## DEFENDANT OKALOOSA COUNTY'S
## NOTICE OF SIMILAR CASE

Defendant, Okaloosa County, by and through its undersigned counsel, and pursuant to N.D. Fla. Loc. R. 5.6, hereby gives notice of the following similar case: Walter Joseph Beckman v. Santa Rosa County, Case No. 3:18-cv-02053-RV-MJF, USDC, ND, Pensacola Division. Both the above-styled action filed against Defendant Okaloosa County, and the action filed by Plaintiff Beckman as to Santa Rosa County involve a common party (Plaintiff) and issues of law in common, as both matters assert alleged violations of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131, *et seq.*, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, regarding website documents of the respective County Defendants.

Respectfully submitted,

/s/ Carly J. Schrader
GREGORY T. STEWART
Florida Bar No. 203718
CARLY J. SCHRADER
Florida Bar No. 14675
LYNN M. HOSHIHARA
Florida Bar No. 41194
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, Florida 32308
(850) 224-4070
(850) 224-4073 (Facsimile)
gstewart@ngnlaw.com
cschrader@ngnlaw.com
lhoshihara@ngnlaw.com
legal-admin@ngnlaw.com
**Counsel for Defendant Okaloosa County**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the  25th  day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system as identified on counsel of record:

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida  33127
inbox@dininlaw.com
**Counsel for Plaintiff**

Juan Courtney Cunningham, Esquire
J. Courtney Cunningham PLLC
8950 SW 74th Court, Suite 201
Miami, Florida  33156
cc@cunninghampllc.com
**Counsel for Plaintiff**

/s/ Carly J. Schrader
CARLY J. SCHRADER